```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 20601
   MARTHA OLGA LARRY
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-8163

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 08/07/2008 and was not confirmed.

     The case was dismissed without confirmation 10/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                       PAID         PAID
-----------------------------------------------------------------------
WASHINGTON MUTUAL BANK    MORTGAGE NOTI NOT FILED           .00          .00
WASHINGTON MUTUAL BANK    CURRENT MORTG        .00          .00          .00
WASHINGTON MUTUAL BANK    SECURED NOT I   43694.25          .00          .00
PRO SE DEBTOR             DEBTOR ATTY          .00                       .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

        Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        --------------      --------------
TOTALS                        .00                   .00

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                     /s/ Tom Vaughn
     Dated: 01/26/09            _____
                                     TOM VAUGHN
                                     CHAPTER 13 TRUSTEE
```